Sheehan & Associates, P.C.
Spencer Sheehan
spencer@spencersheehan.com
(516) 303-0552

United States District Court
Eastern District of New York       1:19-cv-01209-ENV-JO

| Renzil Simon individually and on behalf of all others similarly situated | |
|---|---|
| Plaintiff | |
| - against - | Notice of Voluntary Dismissal with Prejudice |
| Campbell Soup Company | |
| Defendant | |

　　　　Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   May 9, 2019

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　Sheehan & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　/s/Spencer Sheehan
　　　　　　　　　　　　　　　　　　　　　　　Spencer Sheehan (SS-8533)
　　　　　　　　　　　　　　　　　　　　　　　505 Northern Blvd., Suite 311
　　　　　　　　　　　　　　　　　　　　　　　Great Neck, NY 11021
　　　　　　　　　　　　　　　　　　　　　　　(516) 303-0552
　　　　　　　　　　　　　　　　　　　　　　　spencer@spencersheehan.com

1:19-cv-01209-ENV-JO
United States District Court
Eastern District of New York

Renzil Simon individually and on behalf of all others similarly situated

Plaintiff

- against -

Campbell Soup Company

Defendant

## Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
505 Northern Blvd., #311
Great Neck, NY 11021
Tel: (516) 303-0052
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: May 9, 2019

/s/ Spencer Sheehan<br>Spencer Sheehan